**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:22-cv-81780-MIDDLEBROOKS/MATTHEWMAN**

DONALD J. TRUMP,

      Plaintiff,

v.

LETITIA JAMES,

      Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Colleen K. Faherty of the State of New York Office of The Attorney General, 28 Liberty Street, 18th Floor, New York, New York 10005-1495, (212) 416-6046, for purposes of appearance as co-counsel on behalf of Defendant, Letitia James in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Colleen K. Faherty to receive electronic filings in this case, and in support thereof states:

      1.      Colleen K. Faherty is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the State of New York and of the United States District Courts for the Southern District of New York.

      2.      Movant, Melissa Pallett-Vasquez, of the law firm of Bilzin Sumberg Baena Price & Axelrod, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131, Tel: (305) 374-7580, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be

MIAMI 10005397.2 73190/37764

filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Colleen K. Faherty has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Colleen K. Faherty, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Colleen K. Faherty at email address: colleen.faherty@ag.ny.gov.

WHEREFORE, Melissa Pallett-Vasquez, moves this Court to enter an Order for Colleen K. Faherty to appear before this Court on behalf of Defendant, Letitia James, the Attorney General of New York, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Colleen K. Faherty.

Date: November 18, 2022

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD**
*Counsel for Letitia James*
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 374-7593
Facsimile: (305) 351-2253

By: */s/ Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez
Florida Bar No. 715816
Jeffrey Snyder
Florida Bar No. 21281
Robert Turken
Florida Bar No. 306355
mpallett@bilzin.com
jsnyder@bilzin.com
rturken@bilzin.com
stapanes@bilzin.com
vlopez@bilzin.com
asolis@bilzin.com
eservice@bilzin.com

MIAMI 10005397.2 73190/37764