# EXHIBIT 1

FILED: NEW YORK COUNTY CLERK 11/14/2022 03:47 PM INDEX NO. 452564/2022
NYSCEF DOC. NO. 193 RECEIVED NYSCEF: 11/14/2022

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | | | |
|---|---|---|---|
| PRESENT: | HON. ARTHUR F. ENGORON | PART | 37 |
| | *Justice* | | |

-----------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK,

INDEX NO. 452564/2022
MOTION DATE 10/13/2022
MOTION SEQ. NO. 001

Plaintiff,

- v -

DONALD J. TRUMP, DONALD TRUMP JR, ERIC TRUMP, IVANKA TRUMP, ALLEN WEISSELBERG, JEFFREY MCCONNEY, THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER, TRUMP ENDEAVOR 12 LLC, 401 NORTH WABASH VENTURE LLC, TRUMP OLD POST OFFICE LLC, 40 WALL STREET LLC, SEVEN SPRINGS LLC,

**SUPPLEMENTAL DECISION + ORDER ON MOTION**

Defendants.

-----------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 001) 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 119, 120, 121, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 138, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 182, 183, 185, 191

were read on this motion for  INDEPENDENT MONITOR .

Pursuant to this Court's Decision and Order dated November 3, 2022, holding, in part, that this Court will appoint an Independent Monitor of the defendants, and after considering the persons that both sides nominated, and as all counsel have nominated Hon. Barbara S. Jones (Ret.) for the position, and she having confirmed in a telephone call of today's date that she will accept the appointment, this Court hereby appoints Hon. Barbara S. Jones to be the Independent Monitor that said Decision and Order directed. An order describing in detail the duties, powers, and fees of Hon. Barbara S. Jones as Independent Monitor will be forthcoming shortly.

| 11/14/2022 | | |
|---|---|---|
| DATE | | ARTHUR F. ENGORON, J.S.C. |

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
| --- | --- | --- | --- |
| | ☐ GRANTED ☐ DENIED | ☐ GRANTED IN PART | ☒ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

452564/2022 PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK vs. TRUMP, DONALD J. ET AL
Motion No. 001

Page 1 of 1

1 of 1

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| PRESENT: HON. ARTHUR F. ENGORON | PART | 37 |
|---|---|---|
| *Justice* | | |

-----------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK,

Plaintiff,

- v -

DONALD J. TRUMP, DONALD TRUMP JR., ERIC TRUMP, IVANKA TRUMP, ALLEN WEISSELBERG, JEFFREY MCCONNEY, THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER, TRUMP ENDEAVOR 12 LLC, 401 NORTH WABASH VENTURE LLC, TRUMP OLD POST OFFICE LLC, 40 WALL STREET LLC, SEVEN SPRINGS LLC,

Defendants.

-----------------------------------------------------------------X

INDEX NO.        452564/2022

MOTION DATE      10/13/2022

MOTION SEQ. NO.  001

**SUPPLEMENTAL MONITORSHIP ORDER**

On November 3, 2022, this Court, upon motion of the Office of the Attorney General of the State of New York, issued a preliminary injunction and ordered appointment of an independent monitor (the "Monitor") in this matter (the "November 3 Order"). On November 14, 2022, this Court appointed Hon. Barbara S. Jones (retired) as the Monitor.

As set forth in the November 3 Order, which this order supplements, the duties of the Monitor shall include, but not be limited to, monitoring of: (1) the submission of financial information to any accounting firm compiling a 2022 Statement of Financial Condition ("SFC") for Donald J. Trump; (2) the submission of all financial disclosures to any persons or entities, including, without limitation, lenders, insurers, and taxing authorities; and (3) any corporate restructuring, disposition or dissipation of any significant assets. The Monitor's duties shall not include monitoring Defendants' normal, day-to-day business operations.

The parties shall promptly meet with the Monitor and shall cooperate with the Monitor to design processes and procedures that provide the Monitor with access to all information necessary to effectuate the Monitor's responsibilities herein.

Defendants shall provide to the Monitor, no more than five business days after her request: (1) any financial statement, including any statement of financial condition, other asset valuation disclosure, or other financial disclosure to any persons or entities, including, without limitation, lenders, insurers, other financial institutions, or taxing authorities; and (2) any non-privileged document, book, record, or other information bearing on any of the foregoing, or reasonably necessary to assess the accuracy of any representation, and Defendants shall comply with all

452564/2022 PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY
GENERAL OF THE STATE OF NEW YORK vs. TRUMP, DONALD J. ET AL                  Page 1 of 2
Motion No. 001

1 of 2

reasonable requests by the Monitor for such information. In the event that Defendants believe they reasonably need more time to comply with such requests, they may apply to the Monitor for an extension.

On or before November 30, 2022, Defendants shall provide the Monitor with a full and accurate description of the corporate structure of the Trump Organization, its subsidiaries and all other affiliates, including all trusts, and of their significant liquid and illiquid assets.

Defendants are hereby ordered to provide the Monitor, at least 30 days in advance, information about any planned or anticipated restructuring of the Trump Organization, its subsidiaries, and all other affiliates, including trusts, or of any plans for disposing, refinancing, or dissipating any significant Trump Organization assets. In the absence of any such activity, Defendants shall provide the Monitor with a sworn statement on a monthly basis that no such activities have been undertaken.

The Monitor is authorized to engage in ex parte communications with the Court and any party.

The Monitor shall report the status of the monitorship to the Court and the parties monthly, or as the Monitor finds necessary, or as this Court shall order.

The Monitor shall immediately report to this Court and the parties any unusual and/or suspicious and/or suspected or actual fraudulent activity.

The Monitor is authorized to utilize other professionals within her law firm, as well as outside accountants or other professionals, as reasonably necessary. As set forth in the November 3 Order, Defendants shall be responsible for and shall pay all fees, including, without limitation, attorney's fees, and costs associated with the monitorship, and shall remit payment to the Monitor or outside professionals within 30 days of the Monitor's submission of invoices to Defendants, with copies to this Court.

_____
ARTHUR F. ENGORON, J.S.C.

Date  11/17/2022

452564/2022  PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY         Page 2 of 2
GENERAL OF THE STATE OF NEW YORK vs. TRUMP, DONALD J. ET AL
Motion No. 001

2 of 2