December 17, 2022

James H. Brady
2422 Apple Ridge Circle
Manasquan, NJ  08736

Hon. Judge Donald M. Middlebrooks
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street
Room 257
West Palm Beach, Florida 33401



Re:  Index No. 9:22-cv-81780 *President Donald J. Trump v. Letitia James*
Re: Friend of the Court Letter

Dear Judge Middlebrooks:

There are a number of very important things that I need to share with this Court in this December 17, 2022 Friend of the Court letter.

First, I feel it is very important that this Court address the fact that Ms. James did not dispute any of the criminal conduct that I accused her of in my first "Friend of the Court" letter to this Court dated November 23, 2022 that appears on the docket sheet on November 28, 2022 as docket entry 8.

The Docket Sheets proves that Ms. James simply ignored the criminal conduct that I accused her of because she knows her two crimes are indisputable, and because her practice for years has been to simply completely ignore me and my pleads for help and justice for the two crimes she knows I was the victim of by powerful politically connected people

. By contrast, within days of Ms. James hearing Mr. Trump's former lawyer Michael Cohn saying during sworn congressional  testimony  that the Trump Organization had "cooked the books," Ms. James filed a civil complaint against the Trump Organization with immediate subpoena demands and subsequent criminal referrals to the Manhattan District Attorney and the United States Attorney for the Southern District of New York.

In my first Friend of the Court letter, I included a copy of a November 2, 2022 letter that I wrote to Ms. James where it is proven that I accused Ms. James of colluding in the

1

conspiracy and cover-up of the two proven crimes against me that forced the sale of my family event space business Studio 450, and that wiped out my life savings of over $2.3 million dollars on September 5, 2018.

In this Friend of the Court letter, I ask the Court to take judicial notice of the fact that I recently filed a December 3, 2022 Friend of the Court letter in the case of *Trump v The United States of America* (Docket number 22-cv-81294, Index No. 200). For this Court's convenience, I am including a copy of that 11-page December 3, 2022 Friend of the Court letter without the attached exhibits. (Exhibit 1).

My December 3, 2022 Friend of the Court letter proves that I never waiver and prove I was making the same arguments and accusations of collusion and cover-up that I made about New York State Attorney General Letitia James against United States Attorney General Merrick B. Garland and FBI director Christopher Wray.

The central argument I made in my December 3, 2022 letter to Judge Cannon is reproduced below and are taken from pages 1 through 4 of that letter.

> Dear Judge Cannon:
>
> My friend of the Court letter proves that, at the exact same time United States Attorney Mr. Merrick B. Garland and FBI Director Christopher Wray are trying to prosecute Donald Trump for purportedly holding onto some classified documents, Mr. Garland and Mr. Wray are themselves engaging in much more serious crimes and collusion to help other politically-connected billionaires and the stepson of a different politically connected billionaire get away with blatantly obvious criminal activities against me and my family.
>
> The simplest and shortest way to explain the criminal conduct that Mr. Garland and Mr. Wray are in collusion with others, is to simply reproduce below the October 25, 2022 letter that was written to Mr. Garland, and also sent to Mr. Wray in addition to other public officials.
>
> October 25, 2022
>
> Merrick B. Garland, Attorney General
> 950 Pennsylvania Avenue,
> NW Washington, D.C. 20530-0001
>
> Dear. Mr. Garland:

You have never replied to a single one of the multiple letters that I have sent you since July 2022 where I am shown to be repeatedly pleading for justice for two proven crimes committed against me by politically connected billionaires or the step child of a politically connected multi billionaire.

The first crime that you have continued to ignore completely is the proven and admitted fact that Judge Judy Sheindlin's stepson Gregory Sheindlin stole over $1.7 million dollars from me and forced the sale of my family business Studio 450 and livelihood by fraudulently representing through "implication only" that there was a jury finding on a June 26, 2015 Jury interrogatory sheet the personal guarantees I signed with IGS Realty were enforceable when he knew, and admitted at his May 4, 2021 deposition, that the claim was a total lie.

As you know by listening to his May 4, 2021 Deposition (found on YouTube), Mr. Sheindlin admitted this fact at his May 4, 2021 deposition and also that my defenses and counterclaims were not even on the three question jury interrogatory sheet, although in the financial judgment, Sheindlin wrote he also said those items were rejected by the jury on the court filings he wrote to steal over $1.7 million dollars from me and my wife on September 5, 2018.

As you know, Sheindlin's deposition testimony also shows Sheindlin being caught in a fraud scheme where at the same exact time he was fraudulently representing in 2018 that there was a Jury finding that the personal guarantees were enforceable the landlords other attorney Robert Fass, who ran the 2015 trial admitted through court filings in 2018 that the three questions on the June 26, 2015 jury sheet, said nothing about personal guarantees. All these facts were already proven too you when you heard these facts admitted from Sheindlin's own mouth at his May 4, 2021 deposition.

You have already listened to these depositions and yet you remain silent. Why is that? I know why it is. It's because you are in collusion to help the step son of multi billionaire Judge Judy Sheindlin get away with his crime. Also, it is because you have no problem rationalizing being totally corrupt, cruel and prejudice against a white Christian who you know is telling the truth about the criminal destruction caused by Judge Judy's stepson Gregory Sheindlin.

3

The second crime that you are still completely ignoring is the fact that you know that politically connected billionaire developers and their politically connected lawyers used their control over the New York State courts to steal the $70-90 million in development rights that everyone knows were contractually appurtenant to my former 12th Floor and Roof Unit Apartment in a commercial co-op named 450 West 31st Street Owners Corp pursuant to my offering plan contract and certain words used in a higher Appellate Division First Department February 11, 2010 decision.

You have already seen that it is a proven fact that a lower court unlawfully rewrote a contract and higher court decision in an attempt to void what these documents said on their face. The fact that this unlawful act took place is shown again below:

The Seventh Paragraph Footnote to the Schedule of Units in the Amended 1980 Offering Plan from 450 West 31st Street Owners Corp reads as follows:

> *"Seventh Paragraph - NEW- The 12th Floor and Roof Unit Shall have, in addition to the utilization of the roof, the right to construct or extend structures on the roof or above the same, to the extent that may from time to time be permitted under applicable law."*

The Appellate Division, First Department, February 11, 2010 Decision ended with the following words:

> *"Pursuant to paragraph 7, that plaintiffs have the right to construct or extend structures upon the roof or above the same to the extent that may from time to time be permitted under applicable law, unanimously affirmed, without costs."*

Justice Kornreich's Supreme Court July 15, 2014 Decision rewrites the above to read:

> *"It has already been adjudged that while the owners of the unit may have the right to erect additional structures on the roof, that right does not entitle them to use any floor area in doing so (Prior Action, decision and order, Mar 13, 2009 at \*2 &amp; \*4-\*5 ["Nothing herein shall be construed as holding that plaintiffs have*

4

> *the right to use all or any part of the TDRs in connection with such construction or extension"] Brady v 450 W. 31st St. Owner's Corp., 70 AD3d 469, 470 [1st Dept 2010] [holding that the offering plan "reserves for plaintiffs the right.... to construct or extend structures on the roof that may be built without the use of the building&#39;s development rights."]"*

You also know that the same Judge that unlawfully rewrote a contract and higher court decision forced me to pay over $500,000.00 in legal fees to the lawyers that used their influence over the courts to have Judge Kornreich conduct this criminal act.

Now at this point you need to stop monkeying around and admit the truth that my contract and higher Appellate Division, First Department decision does govern over the lower court decision and that it is unlawful and unconstitutional to ignore these documents to help politically connected billionaires and their law firms get away with the crime.

Again, please stop your prejudice and corruption and address these two crimes that are not going away, no matter how much you would like to collude in helping politically connected billionaires get away with their crimes.

Please call me at 201-923-5511 or email me at bradyny@gmail.com to dress these matters.

Sincerely,
James H. Brady

Neither Mr. Garland nor Mr. Wray responded to this letter or any of the other letters I sent them because that was what they were to do as their part in the conspiracy to help the perpetrators get away with the two crimes shown in the letter.

New York City Mayor Eric Adams, New York State Attorney General Letitia James, United States Attorney for the Southern District of New York Damian Williams, and Manhattan District Attorney Alvin Bragg also received the exact same letter and gave the exact same response, which was to completely ignore my pleads for help from the crimes proven in the letter.

My November 23, 2022 Friend of the Court letter to this Court included a November 2, 2022 letter to Ms. James that gave a summary of her wrongdoing. The first few paragraphs of my November 2, 2022 letter to Ms. Letitia James are shown again below:

> "You have deliberately completely ignored addressing two horrific crimes that you know took place against me and my wife that destroyed our family business Studio 450 and wiped out our life savings of over $2.3 million dollars on September 5, 2018.
>
> "Specifically, you know the first admitted crime involved Judge Judy Sheindlin's stepson Gregory Sheindlin who stipulated under oath at his May 4, 2021 deposition that the June 26, 2015 Jury interrogatory sheet that he and Judge Barry Ostrager represented as the grounds to collect over $1.7 million dollars on a personal guarantee never even had a question pertaining to personal guarantees on the June 26, 2015 Jury interrogatory sheet. (emphasis added). Judge Ostrager certainly knew none of the three questions on the June 26, 2015 Jury sheet said anything about "personal guarantees "since he was the person that wrote the jury sheets that he kept secret from Brady till the trial was over. (emphasis added).
>
> "You also know that the second proven crime is the fact that I was forced to pay over $500,000.00 to the lawyers for the New York Developers who stole the $70-90 million in air rights that were affirmed to be contractually appurtenant to my former 12th floor and Roof Unit Apartment in a commercial apartment named 450 West 31st Street Owners Corp. You know that the ongoing fraud scheme in this air rights case is to ignore the fact that my contract (which was registered in your office in 1980) and the final higher February 11, 2010 Appellate Division, First Department Decision have always governed over the final lower July 15, 2014 Supreme Court Decision of Judge Shirley Kornreich.
>
> "You need to stop colluding in these crimes described above since no one, including you, is above the law."

A review of the latest December 16, 2022 filings by the Letitia James in the Case before this Court ( docket number 11) provides the best proof that this Court needs to "So Order" that Ms. James explain why at the exact same time she is doing everything she can to take down the Trumps' and their family business she refuses to take the any action whatsoever against the perpetrators of the two crimes proven above where politically-connected people collectively stole over $2.3 million dollars from me on September 5, 2018 in addition to a different New York City Developer getting away with stealing the $70- 90 million in development rights that everyone knows were

affirmed to be contractually appurtenant to my former 12th Floor and Roof Unit Apartment.

It is not a coincidence that all three of these law enforcement officials and others follow the same exact practice of completely ignoring me and completely ignore addressing the crimes that I have proven took place against me and my family.

What happened to me is systemic collusion between our institutions and an unconstitutional two-tier justice system where law enforcement and judges collude to help people they like and to harm people they do not like. I have been repeatedly censored, sanctioned and personally attacked with blatantly false claims in the New York State and Federal Courts for being brave enough to expose their corruption on my website www.bullyjudgesny.com.

For all of the above reasons, I ask this Court to "So Order" that Ms. James reply to the claims of criminal wrongdoing that I made against her to see if it is true that at the exact same time she is trying to destroy the Trump's and Trump Organization, she is herself engaging in criminal conduct to help other politically-connected people get away with horrific crimes that destroyed my life, livelihood, and that stole my life's savings of over $2.3 million dollars, and $70-90 million in development rights that were affirmed to be contractually appurtenant to my then 12th Floor and Roof Unit Apartment.

I can be reached by email at Bradyny@gmail.com or 201-923-5511.

Thank You,

*[signature]*

James H. Brady

# EXHIBIT 1

December 3, 2022

James H. Brady
2422 Apple Ridge Circle
Manasquan, NJ 08736

Hon. Aileen M. Cannon
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Chambers 4044
Fort Pierce, FL 34950

Index No. 9:22-cv-81294, *Trump v. United States of America*

Dear Hon. Judge Cannon:

This is a friend of the Court letter that that I am sure you will find very helpful in the above-captioned case before you. Please make sure that this friend of the Court letter is put on the docket sheet.

My friend of the Court letter proves that, at the exact same time United States Attorney Mr. Merrick B. Garland and FBI Director Christopher Wray are trying to prosecute Donald Trump for purportedly holding onto some classified documents, Mr. Garland and Mr. Wray are themselves engaging in much more serious crimes and collusion to help other politically-connected billionaires and the stepson of a different politically connected billionaire get away with blatantly obvious criminal activities against me and my family.

The simplest and shortest way to explain the criminal conduct that Mr. Garland and Mr. Wray are in collusion with others, is to simply reproduce below the October 25, 2022 letter that was written to Mr. Garland (Exhibit 1), and also sent to Mr. Wray (Exhibit 2) in addition to other public officials.

October 25, 2022

Merrick B. Garland, Attorney General
950 Pennsylvania Avenue,

1

NW Washington, D.C. 20530-0001

Dear. Mr. Garland:

You have never replied to a single one of the multiple letters that I have sent you since July 2022 where I am shown to be repeatedly pleading for justice for two proven crimes committed against me by politically connected billionaires or the step child of a politically connected multi billionaire.

The first crime that you have continued to ignore completely is the proven and admitted fact that Judge Judy Sheindlin's stepson Gregory Sheindlin stole over $1.7 million dollars from me and forced the sale of my family business Studio 450 and livelihood by fraudulently representing through "implication only" that there was a jury finding on a June 26, 2015 Jury interrogatory sheet the personal guarantees I signed with IGS Realty were enforceable when he knew, and admitted at his May 4, 2021 deposition, that the claim was a total lie.

As you know by listening to his May 4, 2021 Deposition (found on YouTube), Mr. Sheindlin admitted this fact at his May 4, 2021 deposition and also that my defenses and counterclaims were not even on the three question jury interrogatory sheet, although in the financial judgment, Sheindlin wrote he also said those items were rejected by the jury on the court filings he wrote to steal over $1.7 million dollars from me and my wife on September 5, 2018.

As you know, Sheindlin's deposition testimony also shows Sheindlin being caught in a fraud scheme where at the same exact time he was fraudulently representing in 2018 that there was a Jury finding that the personal guarantees were enforceable the landlords other attorney Robert Fass, who ran the 2015 trial admitted through court filings in 2018 that the three questions on the June 26, 2015 jury sheet, said nothing about personal guarantees. All these facts were already proven too you when you heard these facts admitted from Sheindlin's own mouth at his May 4, 2021 deposition.

You have already listened to these depositions and yet you remain silent. Why is that? I know why it is. It's because you are in

2

collusion to help the step son of multi billionaire Judge Judy Sheindlin get away with his crime. Also, it is because you have no problem rationalizing being totally corrupt, cruel and prejudice against a white Christian who you know is telling the truth about the criminal destruction caused by Judge Judy's stepson Gregory Sheindlin.

The second crime that you are still completely ignoring is the fact that you know that politically connected billionaire developers and their politically connected lawyers used their control over the New York State courts to steal the $70-90 million in development rights that everyone knows were contractually appurtenant to my former 12th Floor and Roof Unit Apartment in a commercial co-op named 450 West 31st Street Owners Corp pursuant to my offering plan contract and certain words used in a higher Appellate Division First Department February 11, 2010 decision.

You have already seen that it is a proven fact that a lower court unlawfully rewrote a contract and higher court decision in an attempt to void what these documents said on their face. The fact that this unlawful act took place is shown again below:

The Seventh Paragraph Footnote to the Schedule of Units in the Amended 1980 Offering Plan from 450 West 31st Street Owners Corp reads as follows:

> *"Seventh Paragraph - NEW- The 12th Floor and Roof Unit Shall have, in addition to the utilization of the roof, the right to construct or extend structures on the roof or above the same, to the extent that may from time to time be permitted under applicable law."*

The Appellate Division, First Department, February 11, 2010 Decision ended with the following words:

> *"Pursuant to paragraph 7, that plaintiffs have the right to construct or extend structures upon the roof or above the same to the extent that may from time to time be permitted under applicable law, unanimously affirmed, without costs."*

Justice Kornreich's Supreme Court July 15, 2014 Decision rewrites the above to read:

3

> *"It has already been adjudged that while the owners of the unit may have the right to erect additional structures on the roof, that right does not entitle them to use any floor area in doing so (Prior Action, decision and order, Mar 13, 2009 at \*2 &amp; \*4-\*5 ["Nothing herein shall be construed as holding that plaintiffs have the right to use all or any part of the TDRs in connection with such construction or extension"] Brady v 450 W. 31st St. Owner's Corp., 70 AD3d 469, 470 [1st Dept 2010] [holding that the offering plan "reserves for plaintiffs the right.... to construct or extend structures on the roof that may be built without the use of the building&#39;s development rights."]"*

You also know that the same Judge that unlawfully rewrote a contract and higher court decision forced me to pay over $500,000.00 in legal fees to the lawyers that used their influence over the courts to have Judge Kornreich conduct this criminal act.

Now at this point you need to stop monkeying around and admit the truth that my contract and higher Appellate Division, First Department decision does govern over the lower court decision and that it is unlawful and unconstitutional to ignore these documents to help politically connected billionaires and their law firms get away with the crime.

Again, please stop your prejudice and corruption and address these two crimes that are not going away, no matter how much you would like to collude in helping politically connected billionaires get away with their crimes.

Please call me at 201-923-5511 or email me at bradyny@gmail.com to dress these matters.

Sincerely,
James H. Brady

4

Neither Mr. Garland nor Mr. Wray responded to this letter or any of the other letters I sent them because that was what they were to do as their part in the conspiracy to help the perpetrators get away with the two crimes shown in the letter.

New York City Mayor Eric Adams, New York State Attorney General Letitia James, United States Attorney for the Southern District of New York Damian Williams, and Manhattan District Attorney Alvin Bragg also received the exact same letter and gave the exact same response, which was to completely ignore my pleas for help from the crimes proven in the letter.

All four people listed in the above paragraph are African Americans in power and shamelessly they treat me no more justly than hoe certain whites treated African Americans during the years of discrimination that followed their freedom from slavery. Shamefully these four individuals are following their predecessors' scheme of completely ignoring every single one of my pleas for help letters.

The schemes include continuing the practice of not answering a single letter I wrote over the course of 15 years, and not agreeing to ever talk to me, even for one minute. And most importantly to the scheme of helping politically-connected people get away with their crimes, these four individuals, like Mr. Garland and Mr. Wray, have refused to permit Brady to file a criminal complaint. This is in direct violation of the First Amendment which guarantees the rights of individuals to seek redress from the government for grievances.

Mr. Garland's, Mr. Wray's and the others, refusal to even respond to the multiple letters written to them prove they're in unison collusion to cover up for the crimes and proves none of them are fit to be acting as prosecutors of Donald Trump or anyone else.

To justify raiding the home of Donald Trump, Mr. Garland said it was "because no one is above the law" and that "all people must be treated evenly under the law." My evidence in this friend of the court letter proves that Mr. Garland is a total fraud making these claims as he helps other politically-connected people of his same ethnic group get away with stealing over $2.3 million dollars from a catholic family on September 5, 2018 in

addition to helping a man of his faith named Jeffrey Katz from Sherwood Equities get away with stealing the $70-90 million in development rights that were affirmed contractually appurtenant to my former 12th Floor and Roof unit apartment in the Hudson Yards District of Manhattan.

My website www.bullyjudgesny.com proves this crime took place after I refused to waive my rights for free in 2012 since it was $2.5 million less than what I was offered by Extell Development in 2008. On the website is shows my wife and I never signed the waiver form that was needed for Mr. Katz to have the legal right to purchase the air rights contractually appurtenant to our former 12th Floor and Roof Unit Apartment.

The attached October 4, 2022 letter (Exhibit 3) proves I provided filmed evidence to Mr. Garland, Mr. Wray and all the other prosecutors mentioned in this letter showing Jeffery Katz on tape in an interview with Crain's New York bragging about the $120 million dollar profit he made by flipping the property in 2012. The interview proves Mr. Katz did not mention that the property he flipped for $120 million dollars more then he paid for the lot included the 170,000 in air rights that he purchased from 450 West 31st Street Owners Corp. The transaction remained a secret since Mr. Katz knew the transaction was unlawful because he never obtained the signed waiver that he needed in order for the transaction to have clear title. Again, the unsigned waiver can be found on the website www.bullyjudgesny.com.

The interview that Mr. Katz gave to Crain's New York can be found on YouTube
Finally, in this friend of the Court letter I want to prove Mr. Trump is not wrong when he states that State and Federal Judges can be very political, biased, corrupt and work in collusion with prosecutors against litigants they do not like. My evidence proves concussively that both prosecutors and Judges refused to admit the fact that my contract and final Appellate Division First Department February 11, 2010 Decision govern over the final lower court July 15, 2014 Supreme Court Decision written by Judge Sherly Kornreich, who was the wife of one of the defendants law firm.

In the third to last paragraph of my October 2, 2022 letter to Mr. Garland, Mr. Wray, and the other prosecutors I write the following:

6

"Now at this point you need to stop monkeying around and admit the truth that my contract and higher Appellate Division first department decision does govern over the lower court decision and that it is unlawful and unconstitutional to ignore these documents to help politically connected billionaires and their law firms get away with the crime."

Mr. Garland, Mr. Wray and the other prosecutors refused to say which decision governs because they know that my decision governs. This conduct is straight up RICO

This exact shameful refusal to admit the truth that my contract and final higher court decision governs happened in the New York State and New York Federal Courts.

Exhibit 4 is a May 4, 2018 letter New York State Chief Judge Janet DiFiore and Associate Court of Appeals Judge Michael Garcia. The letter shows both were pressed to admit that the contract and higher court decision governed. But refused to answer the question because it could only be answered in my favor.

> Re: *Brady v. Jeffrey Katz, et al, Index No. 654226/2013* (Supreme Court, NY County).
> *Brady v. 450 West 31st Owners Corp, Index No. 157779/2014* (Supreme Court, NY County).

Dear Chief Justice DiFiore and Justice Garcia:

This letter is not a motion. It is a demand that you two address a criminal scheme that is going on in your Court. I am addressing you both as former prosecutors. There is a big fraud scheme to replace a February 11, 2010 Appellate Division, First Department decision (Exhibit A) with a March 14, 2015 decision from the lower court of Justice Kornreich (Exhibit B).

7

The February 11, 2010 Appellate Decision gives me the right to build structures that can be built with and without the usage of the premise's development rights. Specifically, the decision correctly states that the Co-Op owns the development rights, which was never in dispute, but that pursuant to the Seventh Paragraph Footnote to the Schedule of Units, the premises air rights are appurtenant to my Unit to the extent that may from time to time be permitted under applicable law.

The lower court decision voids the rights the contract and higher court decision said I have, and issues $400,000 worth of sanctions against me. I will not tolerate this injustice and the fraud scheme in which many judges have attempted to replace the higher court decision with the lower court decision.

A filing injunction was placed on me as a clear obstruction of justice requiring me to seek permission before seeking any type of judicial relief in the state courts. In this case, all I was seeking was a declaration as to which of these two decisions governs, as they cannot coexist. Attached is a copy of the denial of that request (Exhibit C).

I need you to reply to this letter no later than Monday, May 14, 2018, stating that the February 11, 2010 decision gives my 12th Floor and Roof Unit the right to build structures on above the roof with and without the usage of the premise's development rights. You also need to state by that date, the February 11, 2010 decision governs, and that my rights were violated by the unlawful sale of the premise's development rights.

Filthy dirty Janet DiFiore and filthy dirty Michael Garcia refused to answer witch decision governs because they wanted to help Jeffery Katz get away with stealing the 70-90 million in development rights that were affirmed appurtenant to my former 12th Floor and Roof Unit Apartment.

8

My website bullyjudgesny.com proved Michael Garcia ran out of his 2016 confirmation hearing when confronted to explain what the one sentence long affirmed contract provision meant to him

Exhibit 5 is a letter dated December 21, 2017 showing that Federal Judges, inclusion Federal Court of Appeals judges for the Second Circuit were also pressed to admit that my contract and final February 11, 2010 decision governed over the the final lower court July 15, 2014 Supreme Court decision. These federal judges also refused to answer the question because they know it could only by answered in my favor.

> There are two final decisions in the air rights cases that say two different things, and no one is willing to answer which decision governs because it can only be answered in my favor. And now I am asking this Court again flat-out: which decision governs, the Appellate Division's February 11, 2010 decision (Exhibit A) which includes words that can only be construed as giving my Unit the right to utilize all permissible development rights that may from to time be permitted under applicable law, or the lower court's July 15, 2014 decision by Justice Kromtech (Exhibit B) which has none of these rights and orders me to pay almost $500,000 to the attorneys and the parties who stole my rights through a corrupt court decision. The two decisions cannot co-exist and this Court must answer which one governs?

> If you refuse to address any of these issues, then I want this letter construed as a motion for recusal because it would prove you are unfit to adjudicate these cases and should allow someone else to make these determinations rather than further disgracing the integrity of the federal courts.

9

Because I was being stonewalled by and could find no relief or justice from the NYS Court of Appeals or the Second Circuit Court of Appeals I decided to do something different:

In early 2018, I wrote to New York State Administrative Judge Deborah Kaplan asking permission to file a motion for declaratory relief seeking a declaration of which decision governs. I needed to ask for permission because I was subjected to a filing injunction that on its face was actually implemented to help prevent me from obtaining redress from Jeffery Katz and the others that stole the 70-90 million in air rights that were affirmed contractually appurtenant to my former 12th floor and Roof Unit apartment

On March 8, 2018, New York State Administrative Judge Deborah Kaplan issued a decision denying my declaratory relief and instead is shown bashing me with false claims and excuses for why I would not be permitted to have a judge declare which final decision governed (Exhibit 6).

These acts prove RICO between the judges and the prosecutors that support Trumps claims that our institutions are hopelessly broken. The fact that the media is not reporting on the proven atrocities that they know I was subjected to proves Donald Trump's claim that the media is really "fake news". In truth the media are traitors since their role in society is to hold those in power accountable, not hide the crimes of those who share their anti-American conduct. Simply put , all citizens of the United States would expect the press to expose that Judges are unlawfully and unconstitutionally rewriting the contract descriptions of Apartments to void what the contracts say on their face.

Finally, in this friend of the Court letter I want to say something about Mr. Jack Smith. Mr. Garland just the other day appointed Mr. Jack Smith to be Special Counsel to investigate Donald Trump. Mr. Garland speaks of the fact that Mr. Smith worked as a lifelong prosecutor as a good thing when my evidence proves it is not a good thing. Specifically, Mr. Smith's resume states that he worked for the New York District Attorney and for the Public

Integrity Unit of the Eastern District of New York. Those facts would terrorize me if I were Mr. Trump.

In the 14 years that I have been pleading for help from these agencies, not once did they even reply. Soon it will be be 15 years since Justice Marcy Friedman first unlawfully rewrote my offering plan contract in her July 2, 2008 Decision. Over the years I have written over a dozen times to the "Public Integrity Unit" of the Southern District of New York and the Manhattan District Attorney's office and not one single time did they reply. This abusive and shameful conduct proves no one in the "Public Integrity Units" of these agencies have a speck of integrity. I am sure Jack Smith is no exception, so I caution the Court about him in this friend of the court letter

I can be reached by email at Bradyny@gmail.com or 201-923-5511.

Thank You,

*[signature]*
James H. Brady

11

**POSTAL SERVICE.**

Retail

**P**

**US POSTAGE PAID**

**$9.90**

Origin: 08736
12/17/22
3347700829-07

**PRIORITY MAIL®**

0 Lb 4.60 Oz

**RDC 04**

EXPECTED DELIVERY DAY: 12/20/22

C028

SHIP TO:
701 CLEMATIS ST
WEST PALM BEACH FL 33401-5101

**USPS TRACKING® #**

9505 5138 3958 2351 6307 99

**PRIORITY® MAIL**

(restrictions apply).*
onal destinations.
required.
sions see the
mitations of coverage.

edule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

S00001000014    EP14F May 2020
OD: 12 1/2 x 9 1/2

FROM:
JAMES
2422 Apple
MANASQUAN N

TO:
Judge M
U.S Co
701 Cl
West Palm B