## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

DONALD J. TRUMP,

      Plaintiff,

v.

                                      Case No.: 9:22-cv-81780
                                      Division: AF

LETITIA JAMES, individually,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF FILING
## <u>CONFORMING COPY OF AMENDED COMPLAINT</u>

Plaintiff, PRESIDENT DONALD J. TRUMP, by and through his undersigned counsel and pursuant to this Court's December 27, 2022 Paperless Order (Doc. 16), hereby files this Notice of Filing Conforming Copy of Amended Complaint and states as follows:

1.     On December 20, 2022, Plaintiff filed his Unopposed Motion to Conform Amended Complaint to Local Rules (Doc. 12) ("Unopposed Motion"), in which Plaintiff sought leave to file a copy of the operative Amended Complaint that conforms to this Court's Local Rules and is text searchable.

2.     On December 27, 2022, by Paperless Order (Doc. 16), this Court granted Plaintiff's Unopposed Motion and granted leave to file a corrected copy of the Amended Complaint by January 6, 2023.

3.     Contemporaneous with this filing and pursuant this Court's paperless order, Plaintiff is filing a conforming copy of the operative Amended Complaint originally filed in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida (Case. No. 22-CA-010792) and removed to this Court on November 16, 2022.

Dated this 4th day of January, 2023.

WEBER, CRABB & WEIN, P.A.

*/s/ R. Quincy Bird*
Timothy W. Weber, Esq.
FBN: 86789
timothy.weber@webercrabb.com
lisa.willis@webercrabb.com
Jeremy D. Bailie, Esq.
FBN: 118558
jeremy.bailie@webercrabb.com
carol.sweeney@webercrabb.com
R. Quincy Bird, Esq.
FBN: 105746
Quincy.Bird@webercrabb.com
honey.rechtin@webercrabb.com
5453 Central Avenue
St. Petersburg, Florida 33710
(t): 727-828-9919
(f): 727-828-9924
*Attorneys for President Donald J. Trump*