## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

DONALD J. TRUMP,

    Plaintiff,

v.                                                                                          Case No.: 9:22-cv-81780

LETITIA JAMES, individually,

    Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, PRESIDENT DONALD J. TRUMP, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses his claims in this action against Defendant, LETITIA JAMES, without prejudice.

Dated: January 20, 2023

                                                      Respectfully submitted,

                                                      */s/ R. Quincy Bird*
                                                      Timothy W. Weber (FBN 86789)
                                                      Jeremy D. Bailie (FBN 118558)
                                                      R. Quincy Bird (FBN 105746)
                                                      **WEBER, CRABB & WEIN, P.A.**
                                                      5453 Central Avenue
                                                      St. Petersburg, FL 33710
                                                      (t): 727-828-9919/(f): 727-828-9924
                                                      timothy.weber@webercrabb.com
                                                      lisa.willis@webercrabb.com
                                                      jeremy.bailie@webercrabb.com
                                                      carol.sweeney@webercrabb.com
                                                      quincy.bird@webercrabb.com

honey.rechtin@webercrabb.com
*Attorneys for President Donald J. Trump*